**1025  BOARD OF SUPERVISORS (Chippewa) vs. AUDITOR GEN-
ERAL, 65 M., 408.**

To compel respondent to set aside the rejection by him of

taxes assessed upon railroad lands, which had been granted in aid of the construction of the road, and exempted from taxes for a limited time.

Denied April 14, 1887.